NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2014-3005

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-13-0517-I-1.

--------------------------------------------------------------------------------

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3078

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-14-0078-I-1.

--------------------------------------------------------------------------------

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

————————————

2014-3079

————————————

Petition for review of the Merit Systems Protection Board in No. SF-3330-14-0004-I-1.

————————————

**ON MOTION**

————————————

**O R D E R**

Henry E. Gossage moves to stay the briefing schedules in 2014-3005 and 2014-3079. The Department of Labor opposes. In 2014-3078 and 2014-3079, Gossage moves for "relief from Void Judgments." The Department of Labor opposes. In 2014-3079, Gossage moves to be permitted to proceed "without fees and costs as a Veteran." The Department of Labor opposes.

These cases do not involve claims under the Uniformed Service Employment and Reemployment Rights Act, and thus the docketing fee is not waived on that basis.

Gossage has failed to respond to the court's March 6, 2014 order directing him pay the filing fee or submit the

GOSSAGE v. LABOR                                                     3

proper forms to waive the fee in 2014-3005. He has also failed to pay the filing fee or submit the proper forms to waive the fee in 2014-3078 and 2014-3079.

Accordingly,

IT IS ORDERED THAT:

(1) The motions to stay are denied. Gossage's informal briefs in these three cases are due within 21 days of the date of this order.

(2) The motions for "relief from Void Judgments" are denied. To the extent that Gossage raises arguments related to the merits of his appeals in those motions, he should raise those arguments in his brief.

(3) The motion to be permitted to proceed "without fees and costs as a Veteran" is denied.

(4) Gossage must pay the filing fee or submit the proper forms to waive the fee in 2014-3005, 2014-3078, and 2014-3079 within 21 days of the date of this order or the petitions will be dismissed.

(5) No further delays will be allowed and no further extensions will be granted for the petitions.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

(Enclosed: Motion and Declaration for Leave to Proceed In Forma Pauperis; Informal Brief Form)